ORDERED.

Dated: August 27, 2024

*Jerry A. Funk*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourt.gov

In re:  Case No.: 3:24-BK-01786-JAF

Shawanna Lafaye Williams,  Chapter 13

    Debtor.
_____/

**ORDER GRANTING MOTION FOR ORDER**
**CONFIRMING TERMINATION OF THE AUTOMATIC STAY**
**(DOC. NO.: 13)**

This is before the Court upon the Motion for Order Confirming Termination of the Automatic Stay (Doc. No. 13) filed by Mercedes-Benz Financial Services USA LLC ("Movant"). The motion was served with negative notice and no response was filed. The Court considers the matter unopposed. It is

**ORDERED**:

1. The Motion for Order Confirming Termination of the Automatic Stay is GRANTED.

2. That the automatic stay imposed by 11 U.S.C. § 362 is confirmed to have been terminated as to Movant's interest in the following property:

**a 2017 Mercedes-Benz GLS VIN: 4JGDF6EE5HA947527**

3. The Court confirms that the automatic stay is terminated for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the property, to gain possession of the property, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

Attorney Chad D. Heckman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.